

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00360-CV

IN THE MATTER OF R.R.

§ On Appeal from County Court at Law No. 1

§ of Denton County (JV-2021-00593)

§ February 6, 2025

§ Memorandum Opinion by Justice Birdwell

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the order of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Wade Birdwell
　　Justice Wade Birdwell